# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUSTIN BRYAN GERBER, ) | No. CV 07-06910-GW (VBK) |
| ) | |
| Petitioner, ) | ORDER (1) ACCEPTING AND ADOPTING |
| ) | THE REPORT AND RECOMMENDATION OF |
| v. ) | THE UNITED STATES MAGISTRATE |
| ) | JUDGE, AND (2) DISMISSING THE |
| LINDA SANDERS, ) | PETITION FOR WRIT OF HABEAS |
| ) | CORPUS |
| Respondent. ) | |
| ) | |

Pursuant to 28 U.S.C. §636, the Court has made a *de novo* review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Answer, Petitioner's Traverse, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered dismissing the Petition without prejudice.

DATED: February 12, 2009

GEORGE H. WU
UNITED STATES DISTRICT JUDGE